*William J. Melley III,* in opposition.

Decided April 20, 2011

STEVEN SZEKERES ET AL. *v.* CHAKER DRIDI ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 126 Conn. App. 829 (AC 30339), is denied.

*Virginia C. Foreman,* in support of the petition.

*Zbigniew S. Rozbicki* and *William J. Melley III,* in opposition.

Decided April 20, 2011

PETER F. CORRIVEAU *v.* ANDREA H. CORRIVEAU

The defendant's petition for certification for appeal from the Appellate Court, 126 Conn. App. 231 (AC 30938), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*John Serrano,* in support of the petition.

*Stephen D. Jacobs,* in opposition.

Decided April 20, 2011